**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
2700 N. Main Street, Ste. 1000
Santa Ana, California 92705
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228

Attorneys for Plaintiff,
Steven N. Schneider

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN N. SCHNEIDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE-ONE SERVICES, INC.; AND, ALLIANCEONE INCORPORATED,<br><br>Defendants. | Case No.: 12CV3078 LAB KSC<br><br>**PLAINTIFFS' NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT ALLIANCE-ONE SERVICES, INC. ONLY PURSUANT TO F.R.C.P. 41 (A)** |

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Steven N. Schneider, individually and on behalf of all others similarly situated, hereby moves the Court, pursuant to Fed. R. Civ. P. 41(a), to

dismiss the case against ALLIANCE-ONE SERVICES, INC. without prejudice only.

Plaintiff respectfully requests that Defendant ALLIANCE-ONE SERVICES, INC. only be dismissed WITHOUT PREJUDICE.

Respectfully submitted,

Date: January 14, 2013

                                         **KAZEROUNI LAW GROUP, APC**

                                  By:  /s/ Jason A. Ibey
                                             JASON A. IBEY, ESQ.
                                             ATTORNEY FOR PLAINTIFF