Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
**Kazerouni Law Group, APC**
2700 N. Main Street, Suite 1000
Santa Ana, California 92705
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@attorneysforconsumers.com
**Law Offices of Todd M. Friedman, P.C.**
369 S. Doheny Dr., # 415
Beverly Hills, CA 90211
Telephone:   (877) 206-4741
Facsimile:    (866) 633-0228

Attorneys for the Plaintiff, Steven N. Schneider

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| STEVEN N. SCHNEIDER, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br>v.<br><br>**ALLIANCE-ONE SERVICES, INC.,**<br>               Defendant. | Case Number: 12-cv-03078-LAB-KSC<br><br>**NOTICE OF SETTLEMENT** |
|---|---|

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety, on an individual basis. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 29, 2013 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: May 29, 2013                    By: /s/ Joshua Swigart
                                          Joshua B. Swigart
                                          Attorneys for Plaintiff