TOMIO B. NARITA (156576)
tnarita@snllp.com
JEFFREY A. TOPOR (SBN 195545)
jtopor@snllp.com
CHRISTOPHER M. SPAIN (SBN 265465)
cspain@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for defendant
AllianceOne Incorporated

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN N. SCHNEIDER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANCEONE INCORPORATED,<br><br>Defendant. | CASE NO.: 12-CV-3078 LAB KSC<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE INDIVIDUAL CLAIMS OF STEVEN N. SCHNEIDER AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS**<br><br>The Hon. Larry Alan Burns |

1    Plaintiff STEVEN N. SCHNEIDER, (hereinafter "Plaintiff") and Defendant
2 ALLIANCEONE INCORPORATED (hereinafter "Defendant") (all jointly
3 hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled
4 action with prejudice as to Plaintiff's individual claims and without prejudice as to
5 the class claims, and in support of this motion hereby state:
6    The Parties agree that this Court can proceed to dismiss this action entirely
7 with prejudice as to the individual claims of Plaintiff and without prejudice as to
8 the class claims.  Each party shall bear their own costs and fees with respect to this
9 action.

11 DATED: July 8, 2013                SIMMONDS & NARITA LLP
12                                     TOMIO B. NARITA
                                       JEFFREY A. TOPOR
13                                     CHRISTOPHER M. SPAIN

15                                     By:   s/Christopher M. Spain
                                             Christopher M. Spain
                                             Attorneys for Defendant
16                                           AllianceOne Incorporated

17 DATED: July 8, 2013                KAZEROUNI LAW GROUP, APC
18                                     JASON ALAN IBEY

20                                     By:   s/ Jason Alan Ibey
                                             Jason Alan Ibey
                                             Attorney for Plaintiff
21                                           Steven N. Schneider

---

SCHNEIDER, ET AL. V. ALLIANCEONE INCORPORATED
(CASE NO.: 12-CV-3078 LAB KSC)
JOINT MOTION FOR DISMISSAL                                                    1.

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jason Alan Ibey, counsel for Plaintiff.

DATED: July 8, 2013

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
CHRISTOPHER M. SPAIN

By:  s/Christopher M. Spain
     Christopher M. Spain
     Attorneys for Defendant
     AllianceOne Incorporated

**PROOF OF SERVICE**

I, Christopher M. Spain, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816. I am counsel of record for the defendant in this action.

On July 8, 2013, I caused the **JOINT MOTION FOR DISMISSAL** to be served upon the parties listed below via the Court's Electronic Filing System:

**VIA ECF**

Abbas Kazerounian
ak@kazlg.com
Attorney for Plaintiff

Todd M. Friedman
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

Jason Alan Ibey
jason@kazlg.com
Attorney for Plaintiff

Joshua B. Swigart
josh@westcoastlitigation.com
Attorney for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 8th day of July, 2013.

By:   s/ Christopher M. Spain
       Christopher M. Spain