1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN N. SCHNEIDER,<br><br>                               Plaintiff,<br>      vs.<br>ALLIANCE-ONE SERVICES, INC.,<br><br>                               Defendant. | CASE NO. 12cv3078-LAB (KSC)<br><br>**ORDER OF DISMISSAL** |

        The parties have jointly moved to dismiss this action with prejudice as to the claims of the named Plaintiff Steven Schneider, and without prejudice as to the claims of the putative class members. Pursuant to Fed. R. Civ. P. 41(a), this action is **DISMISSED**. The putative class claims are **DISMISSED WITHOUT PREJUDICE** and Schneider's claims are **DISMISSED WITH PREJUDICE**.


        **IT IS SO ORDERED**.

DATED:  July 15, 2013

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
United States District Judge

12cv3078